ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
THEODORE R. STOVALL                              **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-S-05-0053 DFL |
| Plaintiff, | ) STIPULATION FOR CONTINUANCE OF ) SENTENCING HEARING AND PROPOSED ) ORDER THEREIN |
| vs. | ) |
| THEODORE R. STOVALL, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED between the Defendant, Theodore R. Stovall, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Ellen V. Endrizzi that the Sentencing Hearing now set for March 9, 2006, at 10:00 a.m. be continued to March 23, 2006 at 10:00 a.m.

   This request is made due to the fact that Ms. Endrizzi will be in trial the week of March 6, 2006 and additional time is required to interview Mr. Stovall.

PDF created with pdfFactory trial version www.pdffactory.com

1     It is further stipulated by the parties that any delay
2 resulting from this continuance shall be excluded on the following
3 basis:
4     1.   Title 18, United States Code, Section 3161(h)(8)(A) --
5        that the ends of justice served by taking such action
6        outweighs the best interest of the public and the
7        defendant in a speedy trial;
8     2.   Title 18, United States Code, Section 3161(h)(8)(ii) --
9        that it is unreasonable to expect adequate preparation for
10       pre-trial proceedings or for the trial itself with the
11       time limits established due to the complexity of the case.

                                      Respectfully submitted,

Dated: March 1, 2006

                                      /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Theodore R. Stovall

Dated: March 1, 2006

                                        /s/ Ellen Endrizzi
Ellen Endrizzi
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing set for March 9, 2006, is vacated and continued to March 23, 2006 at 10:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated: March 2, 2006

_____
DAVID F. LEVI
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com