ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
THEODORE R. STOVALL


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-S-05-0053 DFL |
| | ) |
| | ) STIPULATION FOR CONTINUANCE OF |
| Plaintiff, | ) SENTENCING HEARING AND ORDER |
| | ) THEREIN |
| vs. | ) |
| | ) |
| THEODORE R. STOVALL, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the Defendant, Theodore R. Stovall, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Ellen V. Endrizzi that the Sentencing Hearing now set for March 23, 2006, at 10:00 a.m. be continued to April 20, 2006 at 10:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1.   Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action

1    outweighs the best interest of the public and the

2    defendant in a speedy trial;

3    2.    Title 18, United States Code, Section 3161(h)(8)(ii) --

4    that it is unreasonable to expect adequate preparation for

5    pre-trial proceedings or for the trial itself with the

6    time limits established due to the complexity of the case.

7    Respectfully submitted,

8    Dated:  March 20, 2006

9

10   _____/s/ Anthony P. Capozzi_____
     Anthony P. Capozzi,

11   Attorney for Defendant,
     Theodore R. Stovall

12   Dated:  March 20, 2006

13

14   _____/s/ Ellen Endrizzi_____
     Ellen Endrizzi

15   Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing set for March 23, 2006, is vacated and continued to April 20, 2006 at 10:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated:  March  23, 2006

                      /s/ David F. Levi
                Honorable David F. Levi
                U.S. District Judge

Stipulation to Continue
Case No. 05-0053 DFL