ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
THEODORE R. STOVALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR-S-05-053 DFL |
| Plaintiff, | ) PROPOSED ORDER REGARDING ) OBJECTIONS TO PRESENTENCE REPORT |
| vs. | ) |
| THEODORE R. STOVALL, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Objections to the Presentence report of Defendant, THEODORE R. STOVALL, filed by and through his attorney, ANTHONY P. CAPOZZI on February 28, 2006 be granted as follows:

1. The amount of cocaine found with Mr. Stovall was 18 grams as set out on Page 5, Paragraph 14 of the Presentence Investigation Report which results in an offense level of 26.

Dated: May 3, 2006

/s/ David F. Levi_____
Honorable David F. Levi
Chief United States District Court Judge