DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
THEODORE R. STOVALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THEODORE R. STOVALL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. Cr. S 05-53 DLJ <br><br> **REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** <br><br> **RETROACTIVE CRACK COCAINE REDUCTION CASE** <br> Date:   May 6, 2008 <br> Time:   10:00 a.m. <br> Judge: Hon. D. Lowell Jensen |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, THEODORE R. STOVALL, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed April 2, 2008. Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues surrounding application of the United States Sentencing Commission's

---

[*] Mr. Stovall has authorized the undersigned to file this application on his behalf.

1  recent retroactive reduction of sentences under the crack cocaine
2  guidelines.  Because Mr. Stovall's substantial rights may be affected
3  by these criminal proceedings, he is constitutionally entitled to
4  appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).
5       Mr. Stovall's completed financial affidavit is attached hereto.
6       Accordingly, Mr. Stovall requests the Court issue the order lodged
7  herewith.

Dated:  April 2, 2008

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                               /s/ *David M. Porter*
                              DAVID M. PORTER
                              Assistant Federal Defender

                              Seeking Appointment as Attorney for Movant
                              THEODORE R. STOVALL


**O R D E R**

     Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED:  April 3, 2008

                              _____
                              HONORABLE D. LOWELL JENSEN
                              United States District Judge

REQUEST FOR COUNSEL
                                    -2-