# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| THEODORE R. STOVALL | ) Case No: 2:05CR00053 01 |
|  | ) USM No: 15577-097 |
| Date of Previous Judgment: 04/20/2006 | ) DAVID M. PORTER, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __72 MONTHS__ months **is reduced to** __60 MONTHS__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __4/20/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __04/11/2008__                          /s/ D. Lowell Jensen
                                                                              Judge's signature

Effective Date: _____                        D. LOWELL JENSEN
       (if different from order date)                       Printed name and title